# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JOHNATHAN LARGE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | No. CIV-14-107-F |
| STATE OF OKLAHOMA, | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the court are the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell (doc. no. 8) and plaintiff's Objection to the Report and Recommendation. <u>See</u> doc. no. 12. Also before the court are plaintiff's motion to file two statements with judgment sheets and exhibit sheet (doc. no. 10) and plaintiff's motion for assistance (doc. no. 11).

The court has reviewed the Report and Recommendation <u>de</u> <u>novo</u> in light of plaintiff's Objection. The court fully concurs in the findings, conclusions and recommendations of the Magistrate Judge. Therefore, the Report and Recommendation of the Magistrate Judge is **ADOPTED** in its entirety and this action is **DISMISSED** without prejudice. Plaintiff's motions (doc. nos. 10 and 11) are **DENIED as moot**.

ENTERED this 27th day of February, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0107p001.wpd